JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Susan Jordan, | ) | Case No. **CV 09-5312-JFW (CTx)** |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| | ) | |
| v. | ) | |
| | ) | |
| CIR Law Offices, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THE COURT has been advised by counsel that this action

has been settled, or is in the process of being settled.

IT IS THEREFORE ORDERED that this action is hereby

dismissed without prejudice to the right, upon good cause

shown within 30 days, to re-open the action if settlement is

not consummated.  During this 30 day period, this Court

retains full jurisdiction over this action and this Order

shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1        In the event a motion or *ex parte* application to re-open

2  is not filed within 30 days, the dismissal of this action

3  will be with prejudice.

4

5  Dated: October 1, 2009

6                                              JOHN F. WALTER
                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28